UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

ABDULBASIR ABURASHAN AKA JOHN
SEASE,

               Plaintiff,

          - against -

THE CITY OF NEW YORK DEPARTMENT OF
CORRECTIONS EMERGENCY SERVICE
UNIT, et al.,

               Defendants.

----------------------------------------------------------X

**ORDER**
**09 CV 3281 (SLT)(LB)**

**BLOOM, United States Magistrate Judge:**

The Court shall hold an initial pre-trial telephonic conference pursuant to Fed. R. Civ. P. 16 on January 27, 2010 at 11:00 a.m. Defendants' counsel is requested to arrange and initiate the conference call. The Warden of Southport Correctional Facility shall make plaintiff available for the telephonic conference at this time. After establishing contact with plaintiff, defendants' counsel shall telephone the Court at (718) 613-2170.

SO ORDERED.

Dated: January 4, 2010
       Brooklyn, New York

                                    LOIS BLOOM
                                    United States Magistrate Judge